# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | John Laurence Schmit and Jennifer Lynn Schmit | **Case No :** | 13–21606 – B – 13J |
| | | **Date :** | 4/9/13 |
| | | **Time :** | 09:32 |

**Matter :** [21] – Objection to Confirmation of Plan by Jan P. Johnson [JPJ–1] Filed by Trustee Jan P. Johnson (kvas)
[21] – Motion/Application to Dismiss Case [JPJ–1] Filed by Trustee Jan P. Johnson (kvas)

**Judge :** Thomas Holman
**Courtroom Deputy :** Sheryl Arnold
**Reporter :** Diamond Reporters
**Department :** B

**APPEARANCES for :**
**Movant(s) :**
   Trustee – Jan P. Johnson
**Respondent(s) :**

## CIVIL MINUTE ORDER

The court made the following ruling without findings.

IT IS ORDERED that the trustee's objections are sustained. Confirmation of the plan filed February 7, 2013 is denied.

The trustee's motion to dismiss is conditionally denied, the conditions being that on or before April 23, 2013, the debtors file a new plan, a motion to confirm the new plan and all necessary related motions, including without limitation motions to value collateral and motions to avoid liens, properly serve the new plan and the motion(s), and set the motion(s) for hearing on the next available chapter 13 calendar that provides proper notice for all of the motions to be heard on the same calendar.

Dated: April 12, 2013

*Thomas C. Holman*
Thomas C. Holman
United States Bankruptcy Judge